IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRYAN DOREIAN | : | NO. 24-304 |

ORDER

AND NOW, this 22nd day of January, 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of Bryan Doreian for stay of execution of sentence pending appeal or in the alternative motion for release pending appeal (Doc. # 25) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                   J.